

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-14-00621-CV

**IN THE INT OF CJT,** A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

## O R D E R

Appellants' brief is due January 2, 2015. On December 19, 2014, appellants' counsel, Mr. Ricardo Pumarejo, Jr., filed a motion to abate the briefing deadline pending correction and supplementation of the appellate record. Attached to the motion are requests sent to Cindy Lenz, Alma Garza, and Leticia Escamilla requesting supplementation of the record. Copies of the requests are attached to this order.

The motion is **granted**. Ms. Lenz, Ms. Garza, and Ms. Escamilla are hereby ORDERED to file **no later than January 21, 2015**, the supplemental record requested by Mr. Pumarejo.

Appellants' brief is due thirty days from the date the records are filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court